KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Lamota Marti, | No. CV 1-08-653-JMR |
| Plaintiff, | **ORDER** |
| vs. | |
| M.A. Baires, et al., | |
| Defendants. | |

Plaintiff Alex Lamota Marti, who is confined in the Salinas Valley State Prison, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. On May 4, 2009, the Court dismissed the Complaint with leave to amend (Doc. #11). On May 15, 2009, Plaintiff filed a First Amended Complaint (Doc. #12). The Court will order Defendants to answer the First Amended Complaint.

**I.      Statutory Screening of Prisoner Complaints**

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or an officer or an employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if a plaintiff has raised claims that are legally frivolous or malicious, that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2).

. . . .

JDDL

**II.     Amended Complaint**

In the Amended Complaint, Plaintiff sues Correctional Lieutenant M.A. Baires, Correctional Officer J. Garza, and Correctional Officer S. Knight. Plaintiff alleges that Defendants violated Plaintiff's First Amendment rights when they retaliated against Plaintiff for filing grievances. Specifically, Plaintiff states that Defendant Garza prepared a report that he was aware was based on false information, Defendant Knight participated in presenting the false allegations, and Defendant Baires ordered Plaintiff's placement in administrative segregation based on the false allegations. Plaintiff alleges that each Defendant was aware that the allegations were false, that Defendants acted without a valid penological purpose, and that Defendants acted in retaliation for Plaintiff's filing of grievances. As result of Defendants' actions, Plaintiff states that he was placed in administrative segregation for 360 days, although he was never charged with a disciplinary violation. Plaintiff seeks declaratory relief and money damages.

Liberally construed, Plaintiff's allegations adequately state a claim, and the Court will require Defendants to answer the Amended Complaint.

**III.    Warnings**

**A.     Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83-182(f) and 83-183(b) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.     Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5-133(d)(2). Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**C.     Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet,

1  963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to
2  comply with any order of the Court).

3  **IT IS ORDERED:**

4      (1)    Defendants Baires, Garza, and Knight must answer the Amended Complaint
5  (Doc. #12).

6      (2)    The Clerk of Court must send Plaintiff a service packet including the Amended
7  Complaint (Doc. #12), this Order, a Notice of Submission of Documents form, an instruction
8  sheet, and copies of summons and USM-285 forms for Defendants Baires, Garza, and
9  Knight.

10     (3)    Within **30 days** of the date of filing of this Order, Plaintiff must complete and
11 return to the Clerk of Court the Notice of Submission of Documents.  Plaintiff must submit
12 with the Notice of Submission of Documents: a copy of the Amended Complaint for each
13 Defendant, a copy of this Order for each Defendant, a completed summons for each
14 Defendant, and a completed USM-285 for each Defendant.

15     (4)    Plaintiff must not attempt service on Defendants and must not request waiver
16 of service.  Once the Clerk of Court has received the Notice of Submission of Documents and
17 the required documents, the Court will direct the United States Marshal to seek waiver of
18 service from each Defendant or serve each Defendant.

19     (5)    **If Plaintiff fails to return the Notice of Submission of Documents and the**
20 **required documents within 30 days of the date of filing of this Order, the Clerk of Court**
21 **must, without further notice, enter a judgment of dismissal of this action without**
22 **prejudice.**  See **Fed. R. Civ. P. 41(b).**

23     DATED this 13th day of July, 2009.

_____
John M. Roll
Chief United States District Judge