# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | CASE NO. 1:08-cv-00653-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR A COPY OF THE DOCKET |
| v. | (Doc. 21) |
| M. A. BAIRES, et al., | |
| Defendants. | |

On August 16, 2010, Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a request for a copy of the docket. Plaintiff's request is HEREBY GRANTED and the Clerk's Office shall send him a courtesy copy of the docket.

IT IS SO ORDERED.

Dated: **January 24, 2011**        **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

1