# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. A. BAIRES, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:08-cv-00653-AWI-SKO PC<br><br>ORDER GRANTING MOTIONS FOR EXTENSION OF TIME TO SHOW ABILITY TO DEPOSE OFFICER COUCH BY WRITTEN QUESTIONS, IN COMPLIANCE WITH ORDER FILED OCTOBER 11, 2011, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF RULE 31<br><br>(Docs. 49 and 58)<br><br>Deadline:　　02/02/2012 |

　　　Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008. On October 11, 2011, the Court issued an order which, in relevant part, denied Plaintiff's motion for leave to depose a nonparty witness by written questions, and granted Plaintiff thirty days within which to make the requisite showing regarding his ability to depose Correctional Officer R. D. Couch in compliance with Rule 31. Fed. R. Civ. P. 31. Plaintiff filed motions seeking an extension of time to make the requisite showing on November 4, 2011, and on November 28, 2011. In addition, Plaintiff seeks a copy of Rule 31, which the Clerk's Office was directed to provide but purportedly did not.

///
///
///
///

1

1  Good cause having been shown, Plaintiff's motions are GRANTED and the deadline to show
2 his ability to depose Officer Couch is extended to February 2, 2012.  The Clerk's Office SHALL
3 send Plaintiff a copy of Rule 31 of the Federal Rules of Civil Procedure.

5 IT IS SO ORDERED.

6 **Dated:   November 30, 2011**                                   /s/ Sheila K. Oberto
                                                                                    UNITED STATES MAGISTRATE JUDGE