1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  ALEX LAMOTA MARTI,                           CASE NO. 1:08-cv-00653-AWI-SKO PC

10                         Plaintiff,           ORDER GRANTING MOTIONS FOR
                                                EXTENSION OF TIME TO SHOW ABILITY
11         v.                                   TO DEPOSE OFFICER COUCH BY WRITTEN
                                                QUESTIONS, IN COMPLIANCE WITH
12  M. A. BAIRES, et al.,                       ORDER FILED OCTOBER 11, 2011, AND
                                                DIRECTING CLERK'S OFFICE TO SEND
13                         Defendants.          PLAINTIFF A COPY OF RULE 31

14                                              (Docs. 49 and 58)

15                                              Deadline:        02/02/2012
                                       /
16

17         Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed

18  this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008.  On October 11, 2011, the

19  Court issued an order which, in relevant part, denied Plaintiff's motion for leave to depose a

20  nonparty witness by written questions, and granted Plaintiff thirty days within which to make the

21  requisite showing regarding his ability to depose Correctional Officer R. D. Couch in compliance

22  with Rule 31.  Fed. R. Civ. P. 31.  Plaintiff filed motions seeking an extension of time to make the

23  requisite showing on November 4, 2011, and on November 28, 2011.  In addition, Plaintiff seeks a

24  copy of Rule 31, which the Clerk's Office was directed to provide but purportedly did not.

25  ///

26  ///

27  ///

28  ///

1

Good cause having been shown, Plaintiff's motions are GRANTED and the deadline to show his ability to depose Officer Couch is extended to February 2, 2012.  The Clerk's Office SHALL send Plaintiff a copy of Rule 31 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:   November 30, 2011** 		    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE