1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   ALEX LAMOTA MARTI,                          CASE NO. 1:08-cv-00653-AWI-SKO PC

10                    Plaintiff,                ORDER GRANTING PLAINTIFF'S MOTION
                                                FOR A COPY OF THE DOCKET
11          v.
                                                (Doc. 70)
12   M. A. BAIRES, et al.,

13                    Defendants.
                                          /
14

15          Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed

16   this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008.  On April 25, 2012, Plaintiff

17   filed a motion seeking a copy of the docket in this action.

18          Plaintiff's motion is HEREBY GRANTED and the Clerk's Office shall send Plaintiff a copy

19   of the docket.

20
21
22   IT IS SO ORDERED.

23   **Dated:     May 16, 2012**                       **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1