# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. A. BAIRES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00653-AWI-SKO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A COPY OF THE DOCKET<br><br>(Doc. 70) |

　　　Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008. On April 25, 2012, Plaintiff filed a motion seeking a copy of the docket in this action.

　　　Plaintiff's motion is HEREBY GRANTED and the Clerk's Office shall send Plaintiff a copy of the docket.

IT IS SO ORDERED.

**Dated:　May 16, 2012**　　　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE