# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. A. BAIRES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00653-AWI-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF DOCUMENT 75 ON PLAINTIFF<br><br>(Docs. 74 and 75) |

Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008. On June 12, 2012, Defendants filed Defendant Baires' response to Plaintiff's request for admissions, in compliance with the order filed on June 5, 2012.

Accordingly, the Clerk's Office is HEREBY DIRECTED to serve Plaintiff with a copy of the response (court document number 75).

IT IS SO ORDERED.

**Dated:   June 13, 2012**　　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE