# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | CASE NO. 1:08-cv-00653-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF THE DEADLINE TO FILE JOINT STATEMENT OF DISCOVERY DISAGREEMENTS, IF ANY |
| v. | |
| M. A. BAIRES, et al., | (Doc. 77) |
| Defendants. | DEADLINE: SEPTEMBER 7, 2012 |

On June 5, 2012, the Court issued an extensive order granting in part and denying in part Plaintiff's motions to compel and to determine the sufficiency of responses. In relevant part, the Court ordered the parties to meet and confer with thirty days regarding Plaintiff's requests for the production of documents, and to file a joint statement in compliance with Local Rule 251(c) within forty-five days if they were unable to resolve their differences.

On July 19, 2012, Defendants filed a statement regarding the parties' ongoing communication regarding discovery and a request that they be allowed to file the statement outside of the forty-five day deadline, if one becomes necessary. To date, the parties have had two telephonic conferences and a third is scheduled for August 8, 2012.

Good cause having been shown, the forty-five day joint statement deadline is HEREBY EXTENDED to September 7, 2012.

IT IS SO ORDERED.

**Dated:   July 20, 2012**              /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

1