# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>        Plaintiff,<br><br>   v.<br><br>M. A. BAIRES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00653-AWI-SKO PC<br><br>ORDER GRANTING PARTIES' REQUEST FOR AN EXTENSION OF THE DEADLINE TO FILE JOINT STATEMENT OF DISCOVERY DISAGREEMENTS, IF ANY<br><br>(Doc. 80)<br><br>DEADLINE: FORTY-FIVE DAYS FROM SEPTEMBER 7, 2012 |

On June 5, 2012, the Court issued an extensive order granting in part and denying in part Plaintiff's motions to compel and to determine the sufficiency of responses. In relevant part, the Court ordered the parties to meet and confer with thirty days regarding Plaintiff's requests for the production of documents, and to file a joint statement in compliance with Local Rule 251(c) within forty-five days if they were unable to resolve their differences.

On August 23, 2012, Defendants filed a joint statement regarding the parties' ongoing communication regarding discovery and a second request that they be allowed to file the statement outside of the forty-five day deadline, if one becomes necessary.

Good cause having been shown, the joint statement deadline set in the order of June 5, 2012, and extended to September 7, 2012, by order filed July 20, 2012, is HEREBY EXTENDED an additional **forty-five (45) days** from September 7, 2012.

IT IS SO ORDERED.

Dated:   **August 24, 2012**              /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE