# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | CASE NO. 1:08-cv-00653-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION FOR FORTY-FIVE DAY EXTENSION DEADLINE TO FILE JOINT STATEMENT OF DISCOVERY DISAGREEMENTS, IF ANY |
| v. | |
| M. A. BAIRES, et al., | (Doc. 82) |
| Defendants. | DEADLINE: DECEMBER 13, 2012 |
| / | |

On June 5, 2012, the Court issued an extensive order granting in part and denying in part Plaintiff's motions to compel and to determine the sufficiency of responses. In relevant part, the Court ordered the parties to meet and confer with thirty days regarding Plaintiff's requests for the production of documents, and to file a joint statement in compliance with Local Rule 251(c) within forty-five days if they were unable to resolve their differences.

On October 22, 2012, Defendants filed a status report regarding continuing efforts to resolve all outstanding discovery disputes without court intervention and a request for a forty-five day extension of time to file the statement, if one becomes necessary.

Good cause having been shown, the joint statement deadline set in the order of June 5, 2012, and previously extended twice, is HEREBY EXTENDED an additional forty-five (45) days plus three days for mailing, resulting in a deadline of December 13, 2012. Fed. R. Civ. P. 6(a), (d).

IT IS SO ORDERED.

**Dated:   October 23, 2012**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE