# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. A. BAIRES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00653-AWI-SKO PC<br><br>ORDER DIRECTING PERSONAL SERVICE OF SUBPOENAS DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(Docs. 88 and 89 ) |

Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008. On February 27, 2013, the Court issued an order authorizing the issuance of subpoenas duces tecum. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

The requisite notice having been issued pursuant to Federal Rule of Civil Procedure 45(b)(1), it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

   a. Two (2) completed and issued subpoenas duces tecum to be served on:

      **California Department of Corrections and Rehabilitation,**
      **Office of the Secretary**
      **1515 S. St.**
      **Sacramento, CA 95814**

      **Custodian of Records,**
      **California Substance Abuse Treatment Facility and State Prison, Corcoran**
      **900 Quebec Ave.**
      **Corcoran, CA 93212**

1

   b. Two (2) completed USM-285 forms; and

   c. Three (3) copies of this order, one to accompany each subpoena and one for the USM;

2. Within **twenty (20) days** from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

3. The USM SHALL effect **personal service** of the subpoenas duces tecum, along with a copy of this order, upon the entities or individuals named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

4. Within **ten (10) days** after personal service is effected, the USM SHALL file the returns of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 forms.

IT IS SO ORDERED.

**Dated:** **March 19, 2013**    /s/ Sheila K. Oberto
                UNITED STATES MAGISTRATE JUDGE