# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | CASE NO. 1:08-cv-00653-AWI-SKO PC |
| Plaintiff, | ORDER DIRECTING PERSONAL SERVICE OF SUBPOENAS DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |
| v. | |
| M. A. BAIRES, et al., | (Docs. 88 and 89 ) |
| Defendants. | |

Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008. On February 27, 2013, the Court issued an order authorizing the issuance of subpoenas duces tecum. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

The requisite notice having been issued pursuant to Federal Rule of Civil Procedure 45(b)(1), it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

   a. Two (2) completed and issued subpoenas duces tecum to be served on:

   **California Department of Corrections and Rehabilitation,**
   **Office of the Secretary**
   **1515 S. St.**
   **Sacramento, CA 95814**

   **Custodian of Records,**
   **California Substance Abuse Treatment Facility and State Prison, Corcoran**
   **900 Quebec Ave.**
   **Corcoran, CA 93212**

  b. Two (2) completed USM-285 forms; and

  c. Three (3) copies of this order, one to accompany each subpoena and one for the USM;

2. Within **twenty (20) days** from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

3. The USM SHALL effect **personal service** of the subpoenas duces tecum, along with a copy of this order, upon the entities or individuals named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

4. Within **ten (10) days** after personal service is effected, the USM SHALL file the returns of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 forms.

IT IS SO ORDERED.

**Dated:**  **March 19, 2013**     /s/ Sheila K. Oberto
                UNITED STATES MAGISTRATE JUDGE