# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>    Plaintiff,<br><br>    v.<br><br>M. A. BAIRES, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:08-cv-00653-AWI-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE PLAINTIFF'S MOTION TO COMPEL ON THIRD PARTIES CDCR AND SATF, AND PROVIDING THIRD PARTIES TWENTY-ONE DAYS WITHIN WHICH TO RESPOND<br><br>(Doc. 94) |

      Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008. This action is proceeding on Plaintiff's amended complaint against Defendants Baires, Garza, and Knight for retaliation, in violation of the First Amendment of the United States Constitution. (Docs. 12, 13.)

      On March 19, 2013, the Court issued an order directing the United States Marshal to serve subpoenas duces tecum on the California Department of Corrections and Rehabilitation ("CDCR") and California Substance Abuse Treatment Facility and State Prison ("SATF"). Fed. R. Civ. P. 45. The subpoenas were personally served on March 27, 2013, and March 29, 2013, respectively, and the compliance with the subpoenas was required on May 14, 2013, at 3:00 p.m.

      On September 9, 2013, Plaintiff filed a motion to compel CDCR and SATF to respond to the subpoenas. However, the motion was served only on Defendants' counsel.

///

Accordingly, the Court HEREBY ORDERS as follows:

1. The Clerk's Office shall serve a copy of Plaintiff's motion to compel on:

   **California Department of Corrections and Rehabilitation,
   Office of the Secretary,
   c/o Legal Affairs
   1515 S. Street
   Sacramento, CA, 95814**, and

   **California Substance Abuse Treatment Facility and State Prison,
   Custodian of Records,
   c/o Litigation Office
   P. O. Box 7100
   Corcoran, CA, 93212**;

2. CDCR and SATF shall respond to Plaintiff's motion to compel within **twenty-one (21) days** from the date of service of this order; and

3. Any request for an extension of time to file a response must be filed in compliance with Local Rule 144(d).

IT IS SO ORDERED.

Dated:   **September 30, 2013**            **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

2