UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>M. A. BAIRES, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:08-cv-00653-AWI-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE ALEX LAMOTA MARTI, CDCR # H-19004<br><br>DATE: June 9, 2014<br>TIME: 9:30 a.m.<br>COURTROOM: 24 (CKD) |

　　　Inmate Alex Lamota Marti, CDCR # H-19004, a necessary and material witness on his own behalf in proceedings in this case on June 9, 2014, is confined at Mule Creek State Prison in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California, 95814, on Monday, June 9, 2014 at 9:30 a.m.

　　　**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Delaney.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of Mule Creek State Prison:**

　　　**WE COMMAND** you to produce the inmate named above to appear before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by Judge Delaney.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　　Dated:　**May 1, 2014**　　　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE