# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>    Plaintiff,<br><br>    v.<br><br>M. A. BAIRES, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:08-cv-00653-AWI-SKO (PC)<br><br>ORDER REQUIRING CDCR AND CSATF TO COMPLY WITH ORDER COMPELLING PRODUCTION OF DOCUMENTS WITHIN THIRTY DAYS<br><br>(Doc. 111) |

    Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008. This action is proceeding on Plaintiff's amended complaint against Defendants Baires, Garza, and Knight for retaliation, in violation of the First Amendment of the United States Constitution. (Docs. 12, 13.)

    On May 1, 2014, the Court granted Plaintiff's motion to compel third parties CDCR (California Department of Corrections and Rehabilitation) and CSATF (California Substance Abuse Treatment Facility) to produce the two confidential documents responsive to document production request 2 and the logs responsive to document production request 3. (Doc. 111.) Compliance with the order was stayed pending the settlement conference held on June 9, 2014, but the case did not settle. (*Id.*)

///
///
///

Accordingly, CDCR and CSATF are HEREBY ORDERED to produce the documents in compliance with the order of May 1, 2014, within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 10, 2014**                              /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE

2