# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | Case No. 1:08-cv-00653-AWI-SKO (PC) |
| Plaintiff, | ORDER SETTING PRETRIAL DISPOSITIVE MOTION DEADLINE FOR SEPTEMBER 10, 2014 |
| v. | |
| M. A. BAIRES, et al., | (Docs. 26, and 45) |
| Defendants. | |
| _____/ | |

      Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008.  This action is proceeding on Plaintiff's amended complaint against Defendants Baires, Garza, and Knight for retaliation, in violation of the First Amendment of the United States Constitution.  (Docs. 12, 13.)

      In a separate order issued concurrently with this order, third parties CDCR (California Department of Corrections and Rehabilitation) and CSATF (California Substance Abuse Treatment Facility) were ordered to production documents in compliance with the order filed on May 1, 2014.  Production of those documents brings the discovery phase of this litigation to a close.

      The pretrial dispositive motion deadline of March 5, 2012, has long since expired, but given the protracted proceedings during the discovery phase of this litigation, good cause exists to amend the deadline.  Fed. R. Civ. P. 16(b)(4).  (Docs. 26, 45.)  Accordingly, the deadline for filing

pretrial dispositive motions is September 10, 2014.  If no motions are filed, the Court will set this case for trial.

IT IS SO ORDERED.

| Dated: **June 10, 2014** | **/s/ Sheila K. Oberto** |
|---|---|
| | UNITED STATES MAGISTRATE JUDGE |