# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | Case No. 1:08-cv-00653-AWI-SKO (PC) |
| Plaintiff, | ORDER VACATING TTCH AND TRIAL DATES IN LIGHT OF SETTLEMENT AGREEMENT |
| v. | |
| M. A. BAIRES, et al., | ORDER SETTING STATUS REPORT DEADLINE FOR OCTOBER 1, 2015 |
| Defendants. | |

Plaintiff Alex Lamota Marti, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2008. This action is proceeding on Plaintiff's amended complaint against Defendants Baires, Garza, and Knight for retaliation, in violation of the First Amendment of the United States Constitution. (Docs. 12, 13.) This case is currently set for a second telephonic trial confirmation hearing on March 30, 2015, at 3:00 p.m. and jury trial on April 28, 2015, at 8:30 a.m.

During the first telephonic trial confirmation hearing held on March 16, 2015, the parties informed the Court they were in the process of settlement negotiations and they believed they would be able to resolve the case. The Court has been informed by counsel that the case settled, although fulfillment of the settlement agreement terms will not be immediate because the governmental administrative process takes some time to complete.

///

///

Accordingly, the Court HEREBY ORDERS as follows:

1. The telephonic trial confirmation hearing set for March 30, 2015, at 3:00 p.m. and jury trial set for April 28, 2015, at 8:30 a.m. are VACATED in light of the settlement;

2. Once the terms of the settlement agreement have been fulfilled, Defendants' counsel shall file a declaration attesting to fulfillment and the stipulation for dismissal, if not previously filed; and

3. If the terms of the settlement have not been fulfilled and the declaration has not been filed by October 1, 2015, Defendants' counsel shall file a status report on October 1, 2015.

IT IS SO ORDERED.

Dated:  March 27, 2015                                    _____
                                                                              SENIOR DISTRICT JUDGE