# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. A. BAIRES, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:08-cv-00653-AWI-SKO (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO THE PARTIES' NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 131) |

　　　On October 2, 2015, the parties filed a stipulation for voluntary dismissal, with prejudice, with each party bearing his own litigation costs and attorney's fee. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of the Court shall close this case pursuant to the parties' stipulation for voluntary dismissal with prejudice. Id.

IT IS SO ORDERED.

Dated:　October 5, 2015　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR　DISTRICT　JUDGE